UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM TERRILL ,

Plaintiff,

v.

DIALPAD, INC. ,

Defendant.

Case No. 3:25-cv-04509-JD

**MOTION TO SUBSTITUTE
LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Defendant Dialpad, Inc. , the following attorney(s)

　　　(1) move(s) to substitute as counsel of record,

　　　(2) certify they are members in good standing of this Court's bar,

　　　(3) attest to the consent of current counsel to be withdrawn, and

　　　(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

[See Attachment A]

Name(s) of counsel withdrawing from representation and firm name:

[See Attachment A]

Date: July 29, 2025

**[PROPOSED] ORDER**

　　　The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____        _____

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

# ATTACHMENT A

## ATTACHMENT A

**New Counsel for Defendant Dialpad, Inc.:**

**KEKER, VAN NEST & PETERS LLP**
Benjamin W. Berkowitz – #244441
bberkowitz@keker.com
Christina Lee – #314339
clee@keker.com
Ian Kanig – #295623
ikanig@keker.com
Spencer McManus – #322824
smcmanus@keker.com
Lauren S. Kane – #329375
lkane@keker.com
633 Battery Street
San Francisco, CA 94111
Telephone: 415.391.5400

**Former Counsel for Defendant Dialpad, Inc.:**

**COOLEY LLP**
Travis LeBlanc – #251097
tleblanc@cooley.com
Kristine Anne Forderer – #278745
kforderer@cooley.com
Harrison Park – #347839
hpark@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco CA, 94111
Telephone: 415.693.2000

Lilia Roady Lopez – #299230
llopez@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Telephone: 202.842.7800