**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7126
Facsimile: (212) 989-9163
Email: aleslie@bursor.com

*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TERRILL, individually and on behalf of all others similarly situated, | Case No. 3:25-cv-04509-JD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| DIALPAD, INC., | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff William Terrill, by and through his undersigned counsel of record, hereby dismiss his claims against Defendant Dialpad Inc., without prejudice.

Dated:  September 22, 2025                    Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC.**

By: */s/ Adrian Gucovschi*

Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7126
Facsimile: (212) 989-9163
Email: aleslie@bursor.com

*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff*